gr

RICHARD G. HILL, ESQ.
State Bar No. 596
SOPHIE A. KARADANIS, ESQ.
State Bar No. 12006
RICHARD G. HILL, LTD.
652 Forest Street
Reno, Nevada 89509
(775) 348-0888
Attorneys for Wild Rye Ranch, LLC

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA - RENO

ACAPITA EDUCATION FINANCE CORPORATION, a Texas non-profit corporation,

    Plaintiff,

v.

JAMES JOSEPH DAVIS, also known as JAMES J. DAVIS,

    Defendant.

Case No.: _____

## COMPLAINT

Plaintiff, ACAPITA EDUCATION FINANCE CORPORATION, through its counsel, RICHARD G. HILL, LTD., and RICHARD G. HILL, ESQ., complains and alleges as follows:

### PARTIES AND JURISDICTION

1. Plaintiff, ACAPITA EDUCATION FINANCE CORPORATION ("ACAPITA") is a Texas non-profit corporation.

2. Defendant, JAMES JOSEPH DAVIS, also known as JAMES J. DAVIS ("DAVIS"), is an individual and a citizen of the State of Nevada.

3. The jurisdiction of this court is based on the diversity of citizenship of the parties, and the amount in controversy is in excess of $75,000.00. 28 USC §1332.

3.1. Venue in this court is proper pursuant to 28 USC §1391(b)(1).

///

LAW OFFICE
RICHARD G. HILL, CHARTERED
Post Office Box 2551
Reno, Nevada 89505
(775) 348-0888
Fax(775) 348-0858

## GENERAL ALLEGATIONS

4. Plaintiff is the successor in interest to RICHLAND STATE BANK ("RICHLAND") of South Dakota, and is the owner of the five student loans described below that were made by Richland to defendant.

5. On or about November 19, 2003, Richland loaned defendant $5,913.98. The loan was disbursed January 13, 2004, and with all accrued interest as of September 7, 2012, defendant owed $9,215.88 ($8,982.20 principal and $233.68 interest), plus interest until paid.

    5.1. EXHIBIT 1 is a true and correct copy of the Promissory Note signed by defendant.

    5.2. The terms and conditions of the loan provided no requirement for payment or performance by defendant until after his graduation from school.

    5.3. The loan became delinquent November 22, 2009.

6. On or about March 3, 2006, Richland loaned defendant $8,632.26, which was disbursed February 23, 2006, and, with all accrued interest as of September 7, 2012, defendant owed $11,645.00 ($11,349.72 principal, $295.28 interest), plus interest until paid.

    6.1. EXHIBIT 2 is a true and correct copy of the Promissory Note signed by defendant in relation to that loan.

    6.2. The terms and conditions of the loan provided no requirement for payment or performance by defendant until after his graduation from school.

    6.3. The loan became delinquent September 22, 2009.

7. On or about August 21, 2001, Richland loaned defendant $23,804.25. That loan was disbursed in phases on January 7, 2003, February 18, 2003, and August 4, 2003.

    7.1. EXHIBIT 3 is a true and correct copy of the Promissory Note signed by defendant as to that loan.

///

///

LAW OFFICE
RICHARD G. HILL,
CHARTERED
Post Office Box 2551
Reno, Nevada 89505
(775) 348-0888
Fax(775) 348-0858

7.2. The terms and conditions of the loan provided no requirement for payment or performance by defendant until after his graduation from school.

7.3. The loan became delinquent September 22, 2009, and with accrued interest as of September 7, 2012, defendant owed $34,647.73 ($33,769.37 principal, $878.36 interest) plus interest until paid.

8. On or about March 31, 2005, Richland loaned defendant $31,529.00, which was disbursed in phases on April 22, 2005, and June 20, 2005.

8.1. EXHIBIT 4 is a true and correct copy of the Promissory Note signed by defendant as to that loan.

8.2. The terms and conditions of the loan provided no requirement for payment or performance by defendant until after his graduation from school.

8.3. The loan became delinquent November 22, 2009, and with accrued interest as of September 7, 2012, defendant owed $42,534.18 ($41,455.65 principal, $1,078.53 interest), plus interest until paid.

9. On or about June 25, 2004, Richland loaned defendant $33,902.15, which was disbursed in phases on July 22, 2004, and November 8, 2004.

9.1. EXHIBIT 5, is a true and correct copy of the Promissory Note signed by defendant.

9.2. The terms and conditions of the loan provided no requirement for payment or performance by defendant until after his graduation from school.

9.3. The loan became delinquent November 22, 2009, and with accrued interest as of September 7, 2012, defendant owed $47,273.72 ($46,075.01 principal, $1,198.71 interest), plus interest until paid.

10. Plaintiff has demanded that defendant pay his student loans, which demands defendant has failed, declined and refused to honor.

11. As a sole, direct and proximate result of the foregoing, plaintiff has been damaged in a sum in excess of $75,000.00, to be more precisely proven at trial.

///

LAW OFFICE
RICHARD G. HILL,
CHARTERED
Post Office Box 2551
Reno, Nevada 89505
(775) 348-0888
Fax (775) 348-0858

12. As a sole, direct and proximate result of the foregoing, plaintiff has been forced and compelled to retain and pay for the services of an attorney, to plaintiff's further detriment and cost.

WHEREFORE, plaintiff prays for a money judgment against the defendant in a sum in excess of $75,000.00; for leave to amend; for an award of fees and legally taxable costs; and for such other, further and additional relief as seems just to the court in the premises.

RESPECTFULLY SUBMITTED this 12th day of September, 2012.

RICHARD G. HILL, LTD.

_____
RICHARD G. HILL, ESQ.
Attorneys for Plaintiff

LAW OFFICE
RICHARD G. HILL,
CHARTERED
Post Office Box 2551
Reno, Nevada 89505
(775) 348-0888
Fax(775) 348-0858

**EXHIBIT INDEX**

| EXHIBIT NO. | DESCRIPTION | PAGES |
|---|---|---|
| 1 | Promissory Note (1-13-04) | 2 |
| 2 | Promissory Note (2-23-06) | 2 |
| 3 | Promissory Note (1-7-03) | 2 |
| 4 | Promissory Note (4-22-05) | 2 |
| 5 | Promissory Note (7-22-04) | 2 |

LAW OFFICE
RICHARD G. HILL,
CHARTERED
Post Office Box 2551
Reno, Nevada 89505
(775) 348-0888
Fax(775) 348-0858